In the Matter of NORVIN R. LINDHEIM, an Attorney, Respondent.

First Department, July 6, 1925.

See head note in *Matter of Kaufmann* (*ante*, p. 555).

MOTION by petitioner for reinstatement as an attorney and counselor at law.

*William D. Guthrie* [*Abraham Tulin* with him on the brief], for the petitioner.

*Einar Chrystie*, for the Association of the Bar of the City of New York joining in the application by direction of the executive committee thereof.

CLARKE, P. J.:

The petitioner was convicted upon the same trial referred to in *Matter of Kaufmann* (213 App. Div. 555), handed down herewith, and was likewise disbarred upon such conviction. For the reasons stated in the opinion in *Matter of Kaufmann* this application must be denied.

DOWLING, MERRELL, MCAVOY and BURR, JJ., concur.

Application denied. Settle order on notice.